UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 96-329-CR-Moreno/Garber

UNITED STATES OF AMERICA,

v.

MODESTO HERNANDEZ,

    Defendant.
_____/

## REPORT AND RECOMMENDATION

THIS CAUSE is before the Court by Order of Reference from Chief United States District Judge Federico A. Moreno. Pursuant to such reference, the Court has received the defendant Modesto Hernandez's Motion for a Reduction of His Sentence Pursuant to 18 U.S.C. §3582(c)(2) [DE 116] and the government's response in agreement [DE 119].

## FACTUAL BACKGROUND AND DISCUSSION

Following his conviction in 1996 of (1) felon in possession of a firearm in violation of 18 U.S.C. §922(g); (2) possession with intent to distribute 6.6 grams of crack cocaine; and (3) carrying or possessing a firearm in furtherance of a drug trafficking crime, he was sentenced initially to 210 months imprisonment on the crack cocaine conviction plus an additional 60 months for the carrying or possessing a firearm in furtherance of a drug trafficking offense.  Subsequently, as a result of changes made by the Sentencing Commission, the defendant's sentence of 210 months for the crack offense was reduced to 175 months plus the additional consecutive sentence of 60 months, resulting in a total sentence of 235 months.

The Fair Sentencing Act (FSA) became law on August 3, 2010. Crack penalties were changed as a result of the amendments of 21 U.S.C. §§ 841 and 960. The reduced guidelines were made permanent and were made retroactive beginning November 1, 2011. Accordingly, the defendant is eligible for a further reduction of his sentence.

The defendant, while serving his present sentence, has completed his high school education with highest honors and has provided the Court with a copy of his diploma, a transcript of his grades, and various other commendations. Copies are appended to the defendant's Motion.

The government, in its response, agrees that the defendant's analysis resulting in his eligibility for a reduction of the crack sentence to 150 months "is accurate" and does not oppose his Motion seeking such reduction. If granted, the defendant's release date was May 16, 2011; accordingly, he would be eligible for release at this time.

The government requests that the defendant's release be stayed for a period of ten days so as to permit its inquiry to determine whether the defendant is subject to a possible civil commitment as a sexually dangerous person, to notify victims and witnesses of his release as an offender, and to notify law enforcement officials and dangerous sex offender registration officials of the release of a violent sex offender, and to collect DNA samples.

The defendant has not been convicted in this Court of any sexual offenses. The defendant's motion before the Court was filed on November 9, 2011, and the government's response was filed on December 5, 2011. The government, upon receipt of the defendant's motion, was aware then of the relief sought and has had ample time to obtain the information it now seeks by its application for a stay.

## CONCLUSION AND RECOMMENDATION

For reasons set forth above and based upon the Court's review of the record, and consideration of the submissions of the parties, the undersigned respectfully

RECOMMENDS that the defendant Modesto Hernandez's Motion for Reduction of His Sentence, etc. be GRANTED and that the Court re-sentence the defendant on his crack conviction to a term of 150 months plus an additional 60 months, for a total sentence of 210 months from the date the sentence was originally imposed. Further, that the government's application for a 10 day stay of the release of the defendant be DENIED.

The parties have fourteen (14) days from the date of this Report and Recommendation within which to file written objections, if any, with Chief United States District Judge Federico A. Moreno. See 28 U.S.C. §636. Failure to file timely objections may bar the parties from attacking on appeal the factual findings contained herein. LoConte v. Dugger, 847 F.2d 745, 750 (11th Cir.), cert. denied, 488 U.S. 958 (1988).

RESPECTFULLY SUBMITTED at the United States Courthouse, Miami, Florida this 22nd day of December, 2011.

_____
BARRY L. GARBER
UNITED STATES MAGISTRATE JUDGE